KEVIN J. RUSSELL, ESQ., LLC
ATTORNEY AT LAW
921 Summit Avenue
Jersey City, New Jersey 07307

Phone No:   (201) 360-3776                                    kevin@krussellesq.com
Fax No:     (201) 360-3741

February 1, 2023

**Via ECF**
William T. Walsh, Clerk
United States District Court
50 Walnut Street
Newark, New Jersey 07102

**RE:    Vala, LLC v. Metro PCS New York, LLC, et als.
         Docket No: 2:22-cv-07332
         Motion to Dismiss Returnable February 21, 2023**

Dear Mr. Walsh:

We represent the Plaintiff in the above matter. In accordance with Local Rule 6.1(b), we request a Clerk's Order for a fourteen (14) days extension of time from February 21, 2023 to March 7, 2023 to respond to Defendants Motion to Dismiss.

Please let me know if you require any additional information. Thank you for your assistance.

                                              Very truly yours,
                                              Kevin J. Russell, Esq., LLC

                                        By:   _____
                                              Kevin J. Russell

KJR:pm
Cc:    Donald Kiel, Esq. (Via ECF)