# K&L GATES

May 2, 2023

Donald W. Kiel
Donald.Kiel@klgates.com

T +1 973 848 4064
F +1 973 848 4001

**Via ECF**

The Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
50 Walnut Street
Newark, New Jersey 07102

Re: Vala, LLC v. MetroPCS New York, LLC et al.
Docket No.: 2:22-cv-07332

Dear Judge Cecchi:

This Firm represents Defendants MetroPCS New York, LLC and T-Mobile US, Inc. ("Defendants") in this matter.

Defendants' pending Motion to Dismiss (ECF No. 5), ("Motion"), is presently returnable on May 15, 2023. With the consent of my adversary, I respectfully request a one-cycle adjournment of the Motion to May 29, 2023, which would make Defendants' Reply due on May 22, 2023.

We thank Your Honor for Your consideration of this request.

Respectfully,

Donald W. Kiel

cc: Kevin J. Russel, Esq. (via ECF)

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000   F +1 973 848 4001   klgates.com

Anthony P. La Rocco, Managing Partner, New Jersey