# K&L GATES

February 26, 2024

Donald W. Kiel
Donald.Kiel@klgates.com

T +1 973 848 4064
F +1 973 848 4001

**Via ECF**

Honorable Cathy L. Waldor
United States Magistrate Judge
United States District Court for the District of New Jersey
MLK Jr. Federal Bldg. & Courthouse, Room 4040
50 Walnut Street
Newark, New Jersey 07102

    Re:    **Vala, LLC v. MetroPCS New York, LLC et al.**
            **Docket Nos.: 2:22-cv-07332**

Dear Magistrate Judge Waldor:

This Firm represents Defendants MetroPCS New York, LLC and T-Mobile US, Inc. ("Defendants") in the captioned matter. After this afternoon's settlement conference, the Court scheduled an In-Person Settlement Conference for April 29, 2024. I am going to be out of town between April 28 and May 2, and am therefore not available at the scheduled time. Since I am trial counsel, I will need to attend the conference. Therefore, I respectfully request that the Court reschedule the conference.

We appreciate the Court's consideration in this matter.

                          Respectfully,

                          Donald W. Kiel

cc:  Kevin J. Russel, Esq. (via ECF)